# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

K.G.M. AND R.M.

        v.

J.A.V. (DECEASED) AND S.V.

PETITION OF: S.V.

: No. 366 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.